Misc. No. 14–8017/AF. Charles A. Wilson, III, Appellant v. United States, and Colonel Christopher Hill, in his official capacity as Commander, 78th Air Base Wing, United States Air Force, Appellees. CCA 2014–01. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.